| | | | | |
|---|---|---|---|---|
| Good v. U.S. | 16–CF–712 | 08/14/2017 | Affirmed | Dayson |
| Duncan v. U.S. | 13–CO–744, 16–CO–215 | 08/14/2017 | Affirmed | Richter, Leibovitz |
| Mason v. Franklin | 15–CV–1310 | 08/14/2017 | Vacated and Remanded | Holeman |
| Norfleet v. U.S. | 16–CM–408 | 08/14/2017 | Remanded | Ryan |
| Osamor v. U.S. | 16–CM–250 | 08/04/2017 | Vacated and Remanded | Cordero |
| Cartier v. DC Doors Latino Housing Transition Partnership | 16–CV–382 | 08/04/2017 | Affirmed | Irving, Jr. |
| S.F., In re | 16–FS–648 | 08/04/2017 | Affirmed | Williams |
| Sharma–Kumar v. U.S. | 16–CM–87 | 08/04/2017 | Affirmed | McKenna |
| Green v. U.S. | 16–CM–293 | 08/04/2017 | Reversed | Keary |
| Armstong v. Stringfellow | 16–FM–711 | 08/04/2017 | Affirmed | McCabe |
| Toyer v. U.S. | 16–CM–131 | 08/04/2017 | Affirmed | Gardner, Jr. |
| Mahmoud v. Capitol Park Tower, LLC | 16–CV–381 | 08/04/2017 | Vacated and Remanded | Holeman |
| Mills v. Mills | 16–FM–792 | 08/04/2017 | Vacated and Remanded | Williams |
| Seifu v. Riverside Condominium Unit Owners' Assocation | 15–CV–248 | 08/04/2017 | Affirmed | Okun |
| Proctor v. U.S. | 15–CO–462 | 08/03/2017 | Affirmed | Richter |
| Marchim v. U.S. | 16–CM–2 | 08/03/2017 | Affirmed | McCabe |
| Myers v. U.S. | 16–CM–495 | 08/03/2017 | Affirmed | Cordero |
| Curtis v. Swindler | 16–CV–928 | 08/03/2017 | Affirmed | Demeo |
| Crawford v. U.S. | 15–CO–543 | 08/03/2017 | Affirmed | Gardner, Jr. |
| Modrall v. Biggs | 16–FM–122 | 08/03/2017 | Affirmed | Saddler |
| Thomas v. U.S. | 16–CM–695 | 08/03/2017 | Affirmed | Jackson |
| Singleton v. DOES / Comcast Cable Communications | 16–AA–1172 | 08/03/2017 | Affirmed | Compensation Review Board |
| Pannell v. Bonner Dental Group | 15–AA–592 | 08/03/2017 | Affirmed | Office of Administrative Hearings |
| Lee v. DOES / Marriott Corp. | 16–AA–429 | 08/03/2017 | Vacated and Remanded | Compensation Review Board |
| Robinson v. Barney | 16–CV–779 | 08/03/2017 | Vacated and Remanded | Holeman |